UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH PRUITT, | : | Case No. 1:14-cv-20 |
| Petitioner, | : : | Judge Timothy S. Black |
| vs. | : : | Magistrate Judge J. Gregory Wehrman |
| OHIO ADULT PAROLE AUTHORITY, | : : | |
| Respondent. | : : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS OF THE
UNITED STATES MAGISTRATE JUDGE (Doc. 15)**

This habeas corpus case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge J. Gregory Wehrman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on March 12, 2015, submitted a Report and Recommendations. (Doc. 15). Petitioner did not file Objections.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Reports and Recommendations should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendations of the Magistrate Judge (Doc. 15) is **ADOPTED** in its entirety;

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** with prejudice;

3. Any request for a certificate of appealability under 28 U.S.C. § 2253(c) is **DENIED**;

4. The Court **CERTIFIES** that any appeal of this Order would be objectively frivolous, and therefore **DENIES** Petitioner leave to appeal *in forma pauperis*. He remains free, however, to apply to proceed *in forma pauperis* in the Court of Appeals; and

5. The Clerk is **DIRECTED** to enter judgment accordingly, whereupon this case is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

Date: 4/1/15

Timothy S. Black
United States District Judge